IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE INSTALLATION OF A POLE CAMERA NEEDED FOR A CRIMINAL INVESTIGATION | ) CASE NO.  5:14-sw-00001-JLT ) ) ORDER ) ) **UNDER SEAL** ) ) ) |

      This matter came before the Court pursuant to an Application under 28 U.S.C. § 1651(a) by Brian K. Delaney, Assistant United States Attorney, an attorney for the government, requesting an Order authorizing the continued monitoring of a pole camera previously installed in vicinity of **438 B Street, Taft, California,** in the above captioned case, to conduct and record visual surveillance of the public thoroughfares and the exteriors of the surrounding areas for an additional period of sixty days beginning on  March 3, 2014.  The cameras on the pole will not be used by law enforcement officers or agents to view the interior and/or exterior areas of the residences or businesses that cannot be viewed from the street or any other area to which the public has access.

      IT IS FURTHER ORDERED, that the Pacific Gas and Electric Company shall furnish agents of the FBI forthwith with all information, facilities and technical assistance necessary to accomplish the continued  use of the pole camera unobtrusively, including providing power and communications at the indicated location as required;

      IT IS FURTHER ORDERED, that Pacific Gas and Electric Company shall be compensated by the FBI for reasonable expenses incurred in providing technical assistance, power and communications;

IT IS FURTHER ORDERED that in the event that Pacific Gas and Electric Company objects to this order, it shall have the right to apply forthwith to the Court *ex parte* for whatever relief or modification it deems essential under the order, and its obligation to comply with this order shall be stayed until the Court rules on any such objection; and

IT IS FURTHER ORDERED, that this Order and its accompanying Application be sealed until otherwise ordered by the Court, and that Pacific Gas and Electric Company, and their agents and employees, shall not disclose the existence of the pole camera, this Order, the Application, or the investigation to any other person, unless and until otherwise ordered by the Court, except that copies of the Application and Order may be provided to the agents of the FBI and employees of the United States Attorney's Office as necessary to effect service and compliance with this order.

IT IS SO ORDERED.

Dated:   **March 5, 2014**               **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

2