IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE INSTALLATION OF A POLE CAMERA NEEDED FOR A CRIMINAL INVESTIGATION | CASE NO. 5:14-SW-00001 JLT<br><br>ORDER TO UNSEAL<br><br>(Doc. 7) |

On motion of the United States and for good cause shown to unseal the Application and Order Authorizing the Installation of a Pole Camera.

IT IS HEREBY ORDERED that the pole camera application and related filings be unsealed and be made public record.

IT IS SO ORDERED.

Dated: **May 14, 2014**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

Order to Unseal Search Warrant            1